THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED GANGLOFF, Appellant.

Submitted January 4, 1937; decided January 12, 1937.

Motion for reargument denied.   (See 272 N. Y. 643.)

MENDELSON BROS. FACTORS, INC., Appellant, *v.* WALTER E. SACHS et al., Individually and Composing the Firm of GOLDMAN SACHS AND COMPANY, Respondents, Impleaded with Others.

Submitted January 11, 1937; decided January 12, 1937.

*Walter H. Pollak* for motion.

*Alexander Slater* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant files undertaking on appeal within ten days and pays ten dollars costs, in which event the motion is denied.